IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Thomas Leon Taylor, | ) | C/A No. 0:22-256-TLW-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ofc. Debra Luz, *Correctional Officer*; Major J. Smith; Internal Affairs, *Investigations*; Tonya James, *Warden*; Henger, *Associate Warden*; Jennifer McDuffie, *Associate Warden*; Capt. Brown, *Hearing Officer*; Armstrong, *Counsel Substitute*; Huff, *Hearing Officer*; Bergarso, *Lieutenant*, | ) ) ) ) ) ) ) ) | **AMENDED SCHEDULING ORDER** |
| Defendants. | ) ) | |

In light of Plaintiff's objections filed August 29, 2022, the court vacates its Report and Recommendation issued August 11, 2022. (ECF No. 51.) However, Plaintiff is advised that any future failure to keep the court apprised of his current address may result in the immediate dismissal of his case for failure to comply with an order of the court.

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this court, the Scheduling Order entered June 2, 2022 in this matter (ECF No. 43) is hereby amended as follows:

1. Motions to amend pleadings shall be filed no later than **September 16, 2022**. Amendments of pleadings beyond this date will not be permitted absent extraordinary circumstances.

2. Discovery shall be completed no later than **October 17, 2022**. All discovery requests shall be served in time for the responses thereto to be served by this date.

3. All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, shall be filed on or before **November 15, 2022**. (Fed. R. Civ. P. 16(b)(2)).

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

September 2, 2022
Columbia, South Carolina